# EXHIBIT A
2 Pages

**RE: Guidance as to the payment: Reeves County Battery Property**

## Abbate, Christopher <cabbate@riverstonecredit.com>

Wed 10/13/2021 10:39 AM

To: 'Peter Shah' <petershah@msn.com>

Cc: Phil Hudgens <phil@fractalresources.com>; John Gayle <gayle@fractalresources.com>; Byron Charboneau <byron@fractalresources.com>; Hughes, Walt <WHughes@riverstonecredit.com>

Mr. Shah –

We are interested in one of two options:

1. We can purchase the surface acreage from you outright or;
2. We can enter into a long-term surface use agreement

We've retained a local land expert to help us understand the market value of both #1 and #2 and would be happy to discuss on the call.

Look forward to speaking tomorrow.

Regards,
Chris

**From:** Peter Shah <petershah@msn.com>
**Sent:** Tuesday, October 12, 2021 3:14 PM
**To:** Abbate, Christopher <cabbate@riverstonecredit.com>
**Cc:** Phil Hudgens <phil@fractalresources.com>; John Gayle <gayle@fractalresources.com>; Byron Charboneau <byron@fractalresources.com>; Hughes, Walt <WHughes@riverstonecredit.com>
**Subject:** Re: Guidance as to the payment: Reeves County Battery Property

Mr. Abbate,
I will be happy to talk to you and your team. Meantime, if you know of the points that we are going to discuss, I will appreciate, if you can send me. This way, I can be prepared. Regards

Peter Shah
908 432 5030

RE: Guidance as to the payment: Reeves County Battery Property

Abbate, Christopher <cabbate@riverstonecredit.com>

Thu 12/23/2021 3:55 PM

To:

- Peter Shah <petershah@msn.com>;
- John Gayle <gayle@fractalresources.com>;
- Phil Hudgens <phil@fractalresources.com>

Cc:

- Hughes, Walt <WHughes@riverstonecredit.com>;
- Byron Charboneau <byron@fractalresources.com>;
- jshah1006@gmail.com <jshah1006@gmail.com>

Mr Shah, thanks for your note.

I think you should work with your lawyers to provide a mark up to this agreement.   We are reasonable counterparties, and have expert landmen and local attorneys that have already advised on the document to date, and we are happy to consider your requests as to the structure of the document.

Your economic requests, however, are non-starters.  Our best and final for the upfront cost is $50,000, and there will be no fee paid to extend the term.   We are already at the high end of the market, and the ongoing $6,000 per annum is a pure accommodation to you, not something we pay any of our other landholders.

We will respond quickly to your next turn.

Happy holidays

Chris