**EXHIBIT B**
2 Pages

**Peter I. Shah**
132 Montfort Drive
Belle Mead, NJ 08502
Ph: 908 432 5030
Email: petershah@msn.com

11/09/2021

**AFFIDAVIT**

I, Peter I. Shah, residing at 132 Montfort Drive, Belle Mead, New Jersey 08502 hereby certify that the following statements made by me are true. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

1. I own a real property in Reeves County, Texas having ID # 15281, consisting of four 5.1 acre land lots, having legal description as, lots 31,32,33,34 out of Tract 1, Section 8 Block C-18, PSL, totaling 20.4 acres.
2. I have not authorized anyone to build and operate Tank Battery, Pipelines, Gas Flare, Chemical Tanks, Water Tanks, Cellular Antenna, Powerlines, Transportation Hub, Electrical equipments, Storage Tanks, Salt Water Disposals, Cameras, Fences and other related operations equipment on my land for oil and gas operations, exploration and storage. Neither have I authorized any oil and gas operations on my surface nor am I liable for any damages-whatsoever.
3. This tank battery and related oil and gas operations have been on my land for the past 21 months.
4. Neither have I signed any surface use agreement for tank battery operations nor any easement agreement for roadways, water wells and pipelines for the subject operations.
5. I remain extremely concerned about this kind of operation and worry about safety of neighbors and of short term and long term environmental effects
6. I am not aware of any maps, survey maps, permits or any other charts and documents issued by the Railroad Commission of Texas or any other government organization for these Tank Battery and Gas Flare operations.

7. I am not aware of any liability insurance policy covering me and my property. I have no knowledge of any liability insurance policy(ies).
8. I am very worried about oil leaks, chemical leaks, surface damages and contaminations on my land as well as the safety of surrounding areas and the long term effect of these operations.
9. It is my understanding that operations of such kind require less than one acre of land. However, my land is cordon off by an area of approximately 4 acres with a metal fence, which is very unreasonable.

Affiant

*[signature]*

Peter I. Shah

## ACKNOWLEDGEMENT

STATE OF NEW JERSEY;:     COUNTY OF SOMERSET::

On this 9th day of November 2021, Peter Shah, personally appeared before me and acknowledged that he executed this Affidavit. In witness whereof I hereunto set my hand and official seal.

Notary Public:

*[signature]*

MANAL GORGY
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 20, 2022