**EXHIBIT D**
2 Pages

**Peter I. Shah**
132 Montfort Drive
Belle Mead, NJ 08502
Ph: 908 432 5030
Email: petershah@msn.com

11/16/2021      Via Email To;   USPS Express Mail # EI000996988US

Railroad Commission of Texas
1701 Congress Ave
Austin, Texas 78701

Re: Unpermitted Gas Flaring and venting operations and unauthorized use of surface property. Parcel ID # 15281, Reeves County, Texas

Dear RRC of Texas:

It has come to my attention that there is an unpermitted gas flaring and venting operation going on my land for the past 12+ months. Here is the details of the Operator:

Maple Energy Holdings, LLC
JUST CALL ME KEN BATTERY
SEC 8, BLK C-18, PUBLIC SCHOOL LAND SURVEY. A-4959
Reeves County, Texas
In case of emergency call: 1-800-817-7555

I am extremely concerned about my land, safety of the neighbors, air quality and of the environmental effect of this kind of unpermitted gas flaring/venting operations. I understand that RRC has jurisdiction in regards to gas flaring under Rule 32. I request you to shut this illegal operation.

Sincerely,

*[signature]*
Peter Shah

Copy: Texas Commission On           Maple Energy Holding, LLC
Environmental Quality                602 Sawyer Street, Suite 710
12100 Park 35 Circle                 Houston, TX 77007
Austin, TX 78701

RE: Unpermitted Gas Flare

## Andie Landis <Andie.Landis@rrc.texas.gov>

Mon 11/29/2021 11:16 AM

To: Peter Shah <petershah@msn.com>

Thank you, I will look into it this.

**Andie Landis**
Hydrogen Sulfide Coordinator
Railroad Commission of Texas
Office: 432-684-5581, ext. 419
Cell: 737-235-4047

---

**From:** Peter Shah <petershah@msn.com>
**Sent:** Wednesday, November 24, 2021 8:06 AM
**To:** Andie Landis <Andie.Landis@rrc.texas.gov>
**Subject:** Re: Unpermitted Gas Flare

> **CAUTION:** This email originated from outside of the Railroad Commission of Texas. Do NOT click links or open attachments from unknown sources without first confirming the message is legitimate. If you believe this to be a malicious and/or phishing email, please contact the ITS Help Desk at 512-463-7229. Do not respond to or forward the email, click on any links or open any attachments without guidance from the Help Desk

Good morning, Andie,

The subject gas flare/property is in Reeves County on County Road 411 in Pecos, TX 79772. I have attached a couple of pictures with name of the Operator and the Flare. The same is mentioned in the letter that you received. This flare was installed by the bankrupt MDC Reeves Energy, while in the bankruptcy. Now it is operated by the Maple Energy Holding, LLC. Please let me know if you need any more details.

I really appreciate your help in this matter.
Have a happy holiday!

Peter Shah
908 432 5030

---

**From:** Andie Landis <Andie.Landis@rrc.texas.gov>
**Sent:** Tuesday, November 23, 2021 2:53 PM
**To:** petershah@msn.com <petershah@msn.com>
**Subject:** Unpermitted Gas Flare