**EXHIBIT E**
3 Pages

**Peter I. Shah**
132 Montfort Drive
Belle Mead, NJ 08502
Ph: 908 432 5030
Email: petershah@msn.com

11/21/2021

Via Email To; ernesto.lazcano@co.reeves.tx.us and USPS express Mail

**Hon. Sheriff Granado**
Reeves County
500 South Oak Street,
Pecos, TX 79772

Re: Locking and unlocking of my property. Unauthorized surface use. Daily Trespassing. Unauthorized pipelines and roads. Property on County Road 411
Parcel ID # 15281

Dear Sheriff Granado,

I was pleased to meet your deputy on November 4th around 8pm at my above mentioned property. I had placed a lock on my property and had gone out for dinner with a neighbor. I had also called and emailed the Operator-Maple Energy Holdings about the lock. I received a phone call from your office and was asked to meet at my property. Which I did. Your deputy asked me to open the gate as this property has some oil and gas operations installed. I explained to the deputy that I will open the gate, however, please note that there is no permission granted/authorized to be on my land and Maple Energy Holdings is engaged in illegal trespassing/use. I am concerned now as I was concerned then about the gas flare and other continuous unpermitted operations on my property. Nevertheless, I opened the gate in good faith and according to your advice to let Maple Energy continue operations.

I also came to your office on November 5th in the morning and explained to Deputy Sheriff Putnam of my concerns and violations of my property rights. I gave both the deputies enclosed trespassing signs. The same was given to a Maple Energy Holdings representative on November 4th.

I am concerned and worried. My property rights are being violated right in front of your eyes on a daily basis. On a daily basis on an average about 12 tanker trucks roam around on my land without any easements, authority and agreement. And so, I want to warn you that next time, when I lock the gate, I will not open it in threat of some harm or injury because of unauthorised tank battery and illegal gas flare

1

operations. There is no pipeline easement, road easement or any other agreement with Maple Energy Holdings. It will not be on me. It is sad that my fundamental property rights as well as the US constitutional property rights are being violated on a daily basis and you are not willing to act.

Please see below details of the operator and battery location.

Maple Energy Holdings, LLC
JUST CALL ME KEN BATTERY
SEC 8, BLK C-18, PUBLIC SCHOOL LAND SURVEY. A-4959
Reeves County, Texas
In case of emergency call: 1-800-817-7555

I request you to do the needful.
Sincerely,

Peter Shah
Parcel Owner ID R15281

Encl: No Trespassing Sign

| Copy: Railroad Commission of Texas | Maple Energy Holding, LLC |
|---|---|
| 1701 Congress Ave | Sawyer Street, Suite 710 |
| Austin, Texas 78701 | Houston, Texas 77007 |

Riverstone Credit Management, LLC
712 Fifth Avenue, 36th Floor
New York, NY 10019

2

# POSTED

**PRIVATE PROPERTY**
**HUNTING, FISHING, TRAPPING OR**
**TRESPASSING FOR ANY PURPOSE**
**IS STRICTLY FORBIDDEN**
**VIOLATORS WILL BE PROSECUTED**

LOTS 31-34
SEC 8
BLK C-18

Name: PETER SHAH
PH: 908 432 5030
Address:

HY-KO PRODUCTS, NORTHFIELD, OH 44067