**EXHIBIT F**
2 Pages

**Peter I. Shah**
132 Montfort Drive
Belle Mead, New Jersey 08502
Ph: 908 432 5030
Email: petershah@msn.com

12/03/21

Via: USPS Express Mail # EI000997008US

Office of the Attorney General
3000 W. 15th Street,
Austin, TX 78701

Re: Texas Mineral Estate Vs. Surface Estate. Request for Opinion.

Honorable Dear AG Paxton,

I am writing to you because I am baffled and disheartened by the Texas Court's opinion in many cases where mineral right holders have survived and are favored over surface right holders. In my research, I could not find any Texas law supporting these case laws. And so, I believe this position taken by the Texas Courts is a business policy decision. However, I believe this kind of business policy of the Courts and the Texas government violates surface owners rights in the following three ways:

1. The United States 5th Constitutional Amendment requires that,.. " due process of law be part of any proceedings that denies a citizen of " life, liberty or property".....(.)

2. As per the 14th Amendment, "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws"

3. As per Section 17 and 19, Article I, Texas Constitution, Property Rights Act section 2007.002(5) defines, "taking" as: a (intentionally omitted) action that affects private real property, in whole or in part or temporarily or permanently, in a manner that requires the

1

(intentionally omitted) entity to compensate the private real property owner as provided by the Fifth and Fourteenth Amendments to the United States.

Sir, for many years, Texas Courts have favoured mineral rights(aka Dominant Estate) developers and oil and gas companies and have abandoned/diminished rights of the real property surface owners[1]. This is in direct violation of the US Constitution as well as the Texas Constitution. This has created enormous damages to the surface properties(land) all over Texas. Now is the time to send a clear policy signal that the State of Texas protects all property rights and not only of dirty oil and gas companies. Of course, this will also help the State of Texas comply with the US and Texas constitution. Furthermore, it will surely attract more clean solar and renewable energy companies.

Awaiting your comments and opinion.

Respectfully,

Peter I. Shah
Surface Property Owner
Reeves County, TX

Copy:   Railroad Commission of Texas          ERCOT
        1701 Congress Ave                     7620 Metro Center Drive
        Austin, Texas 78701                   Austin, Texas 78744

---

[1] Declaring that mineral interests must be superior to surface interests was a decision of the greatest good for the greatest number of stakeholders at that time. see James Huffman & David Fleming, *Allocative and Energetic Implications of Land Use Planning*, 5 Envtl. L. 477, 481–92 (1975). *But see* Louis F. Potter, *Free Land Is Necessary for a Green Revolution*,