# THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
402 East State Street, Trenton, NJ 08608

---

Peter I. Shah, Pro Se
132 Montfort Drive
Belle Mead, New Jersey. 08502
Ph; 908 432 5030
Email: petershah@msn.com

| | |
|---|---|
| PETER I. SHAH, PLAINTIFF<br><br>V.<br><br>MAPLE ENERGY HOLDINGS, LLC<br>RIVERSTONE HOLDINGS, LLC<br>RAILROAD COMMISSION OF TEXAS,<br><br>DEFENDANTS | CIVIL ACTION<br><br>JURY TRIAL DEMANDED<br><br>CV-<br><br><br><br>COMPLAINT |

## CERTIFIED STATEMENT

CERTIFIED STATEMENT FOR COMPLAINT AGAINST
MAPLE ENERGY HOLDINGS, LLC,
RIVERSTONE HOLDINGS, LLC
RAILROAD COMMISSION OF TEXAS

## CERTIFIED STATEMENT

I, Peter I. Shah, of full age, file this certified statement along with my complaint against Maple Energy Holdings, LLC, Riverstone Holdings, LLC and Railroad Commission of Texas.

1. I own a Real Property located in Reeves County, Texas having Parcel ID: 15281, consisting of four 5.1 acre land lots, having short legal description as: lots 31, 32, 33, 34 out of Tract 1, Section 8 Block C-18, PSL, totaling 20.4 Acres.
2. Exhibit A is the email received from Mr. Christopher Abbate of Riverstone Holdings, LLC.
3. Exhibit B is the affidavit filed by me in the Reeves County Clerk's office.
4. Exhibit C is the offer I received from Mr. John Gayle of Maple Energy Holdings, LLC.
5. Exhibit D is my letter to Railroad Commission of Texas and an email reply by Railroad Commision.
6. Exhibit E is the letter I wrote to the Sheriff of Reeves County, Texas
7. Exhibit F is the letter I wrote to the Attorney General of Texas.

I, Peter I. Shah, hereby certify that the foregoing statements and Exhibits made by me are true. I am aware that if any of the foregoing Statements/Exhibits made by me are willfully false, I am subject to punishment.

Respectfully Submitted,

Peter I. Shah,  Pro Se Plaintiff            Date: 12/31/2021

### ACKNOWLEDGEMENT

On 12/31/2021 before me, Notary Public in and for Somerset County, New Jersey, personally appeared, Peter I. Shah who has satisfactorily identified himself as the signer to the referenced Certification.

Notary

KRISTEN REESE
NOTARY PUBLIC OF NEW JERSEY
Commission # 50106831
My Commission Expires 6/12/2024