UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER I. SHAH,<br><br>      *Plaintiff*,<br><br>v.<br><br>MAPLE ENERGY HOLDINGS, LLC;<br>RIVERSTONE HOLDINGS, LLC;<br>RAILROAD COMMISSION OF TEXAS,<br><br>      *Defendants*. | Civil Action No. 3:21-cv-20791-FLW-TJB |

**CONSENT ORDER FOR ADMISSION *PRO HAC VICE***

This matter having been brought before the Court by Susan M. Scott, Deputy Attorney General, as local counsel for Defendant Railroad Commission of Texas; and the Court having reviewed the Certification of the applicant, Shelly M. Doggett, and considered this matter pursuant to Fed.R.Civ.Proc.78, and D.N.J. L.Civ.R.101.1, and good cause having been shown; it is hereby on this 1st day of February, 2022,

**ORDERED** Shelly M. Doggett be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ.R.101.1(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file paper, enter appearances for parties, sign stipulations, or sign and receive payment on judgments, decrees or orders, and it is further

**ORDERED** that Shelly M. Doggett make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made,

for each calendar year in which Shelly M. Doggett continues to represent Defendant before this Court, and it is further

**ORDERED** that the $150.00 fee required by D.N.J.L Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the District Court. And it is further

**ORDERED** that the applicants shall be bound by the Local Rules of the United States District Court for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Consent Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

s/ Tonianne J. Bongiovanni<br>Honorable Tonianne J. Bongiovanni, U.S.M.J.

**STIPULATED, AGREED, AND CONSENTED TO BY:**

| | |
|---|---|
| By: */s/Peter I. Shah*<br>Peter I. Shah<br>132 Montfort Dr.<br>Belle Mead, New Jersey 08502<br>petershah@msn.com<br>***Plaintiff Pro Se*** | By: */s/ Susan M. Scott*<br>Susan M. Scott, Deputy Attorney General<br>New Jersey Office of the Attorney General<br>25 Market Street, P.O. Box 112<br>Trenton, New Jersey 08625<br>(609) 376-2955<br>susan.scott@law.njoag.gov |
| By: */s/ Andrew J. Heck*<br>Andrew J. Heck<br>WILSON ELSER MOSKOWITZ EDELMAN<br>& DICKER LLP<br>200 Campus Drive<br>Florham Park, NJ 07932-0668<br>andrew.heck@wilsonelser.com | Amy Rodriguez, amy.rodriguez@oag.texas.gov<br>(to be admitted *pro hac vice*)<br>Shelly M. Doggett, shelly.doggett@aog.texas.gov<br>(to be admitted *pro hac vice*) |
| ***Counsel for Maple Energy Holdings, LLC and Riverstone Holdings, LLC***<br><br>Date: January 31, 2022 | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>(512) 463-2012 \| Fax: (512) 320-0911<br><br>***Attorneys for Railroad Commission of Texas*** |