BAILEY & GLASSER LLP
Patricia M. Kipnis (NJSB #016962003)
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219
pkipnis@baileyglasser.com

*Attorneys for Maple Energy, LLC and*
*Riverstone Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER I. SHAH <br><br> Plaintiff, <br><br> v. <br><br> MAPLE ENERGY HOLDINGS, LLC, RIVERSTONE HOLDINGS, LLC AND RAILROAD COMMISSION OF TEXAS <br><br> Defendants. | CIVIL ACTION NO. 3-21:CV-20791-FLW-TJB <br><br> HON. FREDA L. WOLFSON <br><br> **NOTICE OF MOTION TO DISMISS** <br><br> Return Date: March 7, 2022 |

TO:   Peter Shah
        132 Montfort Drive
        Belle Mead, New Jersey 08502
        *Pro Se Plaintiff*

**PLEASE TAKE NOTICE** that on March 7, 2022, the undersigned attorneys for

Defendants Maple Energy, LLC and Riverstone Holdings, LLC shall move before the Honorable

Freda L. Wolfson, United States District Chief Judge for the District of New Jersey, Clarkson S.

Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order

granting its Motion to Dismiss for lack of personal jurisdiction, failure to effect proper service of

process and failure to state claim, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5)

and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, moving Defendants will rely on its Brief in Support of its Motion to Dismiss, and proposed form of Order.

Dated: February 10, 2022
Cherry Hill, New Jersey

Respectfully submitted,

BAILEY & GLASSER LLP

*/s/ Patricia M. Kipnis*
Patricia M. Kipnis (NJSB #016962003)
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219
pkipnis@baileyglasser.com

*Attorneys for Maple Energy, LLC and*
*Riverstone Holdings, LLC*