BAILEY & GLASSER LLP
Patricia M. Kipnis (NJSB #016962003)
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219
pkipnis@baileyglasser.com

*Attorneys for Maple Energy, LLC and
Riverstone Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PETER I. SHAH<br><br>    Plaintiff,<br><br>v.<br><br>MAPLE ENERGY HOLDINGS, LLC,<br>RIVERSTONE HOLDINGS, LLC AND<br>RAILROAD COMMISSION OF TEXAS<br><br>    Defendants. | CIVIL ACTION NO. 3-21:CV-20791-FLW-TJB<br><br>HON. FREDA L. WOLFSON<br><br>**ORDER GRANTING MAPLE ENERGY, LLC<br>AND RIVERSTONE HOLDINGS, LLC'S<br>MOTION TO DISMISS**<br><br>*ELECTRONICALLY FILED* |

**THIS MATTER**, having been opened to the Court by Maple Energy, LLC and Riverstone Holdings, LLC by and through their attorneys Bailey & Glasser LLP on Notice of Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5) and 12(b)(6); and the Court having considered the submissions in support of and in opposition to the motion; and the Court having considered the parties' oral argument (if any); and for other good cause shown:

**IT IS SO ORDERED** that Plaintiff's *Pro Se* Complaint and jury demand filed by Plaintiff Peter Shah, ECF No. 1, is hereby DISMISSED, with prejudice.

Dated: March, __ 2022

                                                                                     HON. FREDA L. WOLFSON