## **CERTIFICATE OF SERVICE**

I certify that on this date, I caused a copy of the forgoing Notice of Motion to Dismiss, Brief in Support of Motion to Dismiss and proposed form of Order and this Certificate of Service to be served upon the following individual via EFC and First-Class mail:

>Peter Shah
>132 Montfort Drive
>Belle Mead, New Jersey 08502
>*Pro Se Plaintiff*

Dated: February 10, 2022
Cherry Hill, New Jersey

BAILEY & GLASSER LLP

*/s/ Patricia M. Kipnis*
Patricia M. Kipnis (NJSB #016962003)
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219
pkipnis@baileyglasser.com

*Attorneys for Maple Energy, LLC and Riverstone Holdings, LLC*