**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

August 11, 2022

**LETTER ORDER**

Re:   **Shah v. Maple Energy Holdings, LLC et al**
      **Civil Action No. 21-20791 (FLW)**

Dear Mr. Shah and Counsel:

On July 25, 2022, the Court entered a Text Order in which it determined that, to the extent a willing *pro bono* attorney could be located, counsel would be appointed for Peter I. Shah for settlement purposes only. (Docket Entry No. 38.) Jordan B. Dascal, Esq. has agreed to take on the *pro bono* representation of Mr. Shah for settlement purposes. As a result, the Court hereby appoints Mr. Dascal, and the law firm of Dascal Law LLC located at 350 Springfield Avenue, Suite 200, Summit, New Jersey 07901 as counsel for Mr. Shah. Mr. Dascal is directed to enter an appearance in this matter by **August 29, 2022**. Further, no later than **September 12, 2022**, Mr. Dascal is directed to meet with Mr. Shah telephonically to discuss his settlement position. After Mr. Dascal and Mr. Shah have an opportunity to confer, Mr. Dascal is instructed to provide the Court with a written status update. The update shall be submitted electronically to tjb_orders@njd.uscourts.gov no later than **September 19, 2022**, and may be submitted as an *ex parte* settlement memorandum unless Mr. Dascal believes a different form of update would be more beneficial. To the extent Mr. Dascal believes that it would assist the settlement discussions, he may also reach out to counsel for Defendants.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT THE CLERK OF THE COURT MAIL A COPY OF THIS LETTER ORDER TO MR. DASCAL AT THE ADDRESS LISTED HEREIN.**

          s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**