**ALL N RV PARK**
837 County Road 411
Pecos, TX 79772
Ph; 432 448 3492



RECEIVED
NOV 07 2022
AT 8:30
WILLIAM T. WALSH
CLERK

10/18/2022

To
The United States District Court
402 East State Street
Trenton, NJ 08608

RE; Joinder as Plaintiff. Shah v. Maple 3:21-CV-20791-FLW-TJB

Respected Chief Judge Wolfson

My name is _Benjamin Munoz_ and I am the owner/manager of ALL N RV PARK-located next to the gas flare and tank battery installed on Mr. Peter Shah's property in Sec 8, C-18, PSL Survey ID R000015281 in Reeves County, Texas.. By this letter, I would like to add my name as Plaintiff in this matter.

Respectfully Submitted

_signature_   benmunozjr30@yahoo.com   432-208-8453
Manager/Owner

Manny Parras   mannyparras@yahoo.com   448-3492

On October 19th 2022, _____ came to me and executed this letter.

_Amanda Vasquez_ (signature)
Notary Public

Amaris Vasquez
Notary Public, State of Texas
Comm. Expires 6-27-26
Notary ID 13383008-7

**NEVER FORGET** *Patriot Day*

Lewis D Marcellus
PO Box 1574
Pecos, TX 79772-1574

MIDLAND / ODESSA
TX 797 2 L
05 NOV 2022 PM

The United States District Court
402 East State Street
Trenton, New Jersey 08608

RECE[IVED]
NOV
AT 8:30
WILLI[AM]

0980031507