**DMV RV PARK**
822 County Road 411
Pecos, TX 79772
Davemarcellus17@gmail.com

RECEIVED

NOV 1 4 2022

AT 8:30
WILLIAM T. WALSH
CLERK

10/06/2022

NOV 1 4 2022

AT 8:30
WILLIAM T. WALSH
CLERK

To
The United States District Court
402 East State Street
Trenton, NJ 08608

RE; Joinder as Plaintiff. Shah v. Maple 3:21-CV-20791-FLW-TJB

Respected  Chief Judge Wolfson

My name is Dave Marcellus and I am the owner of DMV RV Park-located next to the gas flare and tank battery installed on Mr. Peter Shah's property in Sec  8, C -18, PSL Survey ID R000015281 in Reeves County, Texas. My property ID is R000027078.. By this letter, I would like to add my name as Plaintiff in this matter.

Respectfully Submitted

Dave Marcellus

On October 11th 2022, Mr. Dave Marcellus came to me and executed  this letter.

Notary Public

AMY LENAE SALDANA
NOTARY ID# 12943160-3
My Commission Expires 08-03-25

